SPC
F.#2004R00537

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

ASKENAZ LUNA-MARTA,

       Defendant.

- - - - - - - - - - - - - - - X

ORDER

Cr. No. 04-269 (JG)

      Upon the application of ROSLYNN R. MAUSKOPF, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Sean P. Casey, it is hereby

      ORDERED that the minutes of the guilty plea proceeding in the above-captioned case held on July 16, 2004 be unsealed.

Dated:   Brooklyn, New York
         _____, 2006

                       s/John Gleeson    7-7-06
                       THE HONORABLE JOHN GLEESON
                       UNITED STATES DISTRICT JUDGE
                       EASTERN DISTRICT OF NEW YORK