# CRIMINAL CAUSE FOR SENTENCING

BEFORE JUDGE GLEESON   DATE: 6/23/06   TIME: _____

CR- 04-269   DEFT NUMBER: _____

DEFT NAME: Ashkenazy, Luna-Marta

__ present  __ not present  __ cust.  __ bail

DEFENSE COUNSEL: Amelio Marino

__ present  __ not present  __ CJA  __ RET.  __ LAS

A.U.S.A.: Sean Casey   CLERK: V. Klein

E.S.R.: Holly Driscoll   OTHER: _____

INT: (LANG.- _____)

_✓_ CASE CALLED.   ___ SENTENCING ADJ'D TO _____.

_✓_ SENTENCING HELD.   _✓_ STATEMENTS OF DEFT AND COUNSEL HEARD.

_✓_ DEFT SENTENCED ON COUNT(S) __1__ OF THE (Superseding) Indictment / ~~Information.~~

SENTENCE TEXT: Court downwardly departed pursuant to 5K1.1
3 years supervised release
$100.00 Special Assessment

REMAINING OPEN COUNTS ARE DISMISSED ON  ___ GOVTS MOTION
                                         ___ COURT'S MOTION

___ COURT ADVISED DEFT OF RIGHT TO APPEAL.   ___ I.F.P. GRANTED.

___ DEFT REMANDED.   ___ DEFT ON BAIL PENDING APPEAL.

OTHER: If deported the deft may not re-enter the United States illegally.